Case 4:19-cv-00353   Document 15   Filed on 07/16/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 16, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGELA CLARK, | § | |
| Plaintiff, | § § § | |
| | § | C.A. No.  4:19-cv-353 |
| v. | § § | |
| US ECOLOGY TEXAS, INC., | § § | |
| Defendant. | § | JURY DEMAND REQUESTED |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties to this suit have filed a *Joint Stipulation of Dismissal with Prejudice* ("Stipulation") of all claims and causes of action that were or could have been asserted by Plaintiff against Defendant arising out of or in any way related to the matters raised in this lawsuit.

It is, therefore, ORDERED that pursuant to the Rule 41(a) Stipulation of Dismissal with Prejudice signed and filed by Plaintiff and Defendant, all of Plaintiff's claims in the above-referenced lawsuit are DISMISSED WITH PREJUDICE, with each party to bear his or its own costs and expenses.

ENTERED on this 16th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE